Ford for use of Patterson *v.* Haft, Cole and Lindsay.

---

FORD FOR USE OF PATTERSON *v.* HAFT, COLE AND LINDSAY.

COVENANT on a note, signed and sealed as follows:

J. HAFT,          [SEAL.]
COLE and LINDSAY,  [SEAL.]

Plea—non est factum, without affidavit.

*J. Collier,* for the plaintiff, offered to read the note in evidence.

*R. Marsh* objected, a variance. The *declaration* describes the note as sealed with the seals of H., C. & L. by the name and style of C. & L.; the note shows Haft's seal, and Cole and Lindsay's *seal.*

BY THE COURT. There is no affidavit to the plea, and if the note is substantially described, it may be read. Though Cole and Lindsay cannot have a *common* seal, yet each may have used the same seal, and made it his. The note may go in evidence; but whether, unexplained, it will avail the plaintiff, is another question.

The note was then read. A witness was called, who proved the signature of Cole and Lindsay to be the writing of Cole, and his act alone.

The plaintiff rested. The defendant moved for a non suit.

BY THE COURT. The plaintiff cannot recover. He has sued three upon an obligation of two.

Non suit ordered.  *See Button & Freeman v. Hampson, et al. Ante* 94.

[Attaching seal does not vitiate note; *Johnson v. Nelson*, 3 *W. L. M.* 306, 310.]